**DeNITTIS OSEFCHEN, P.C.**
Stephen P. DeNittis, Esq.
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951
sdenittis@denittislaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL ACKERMAN, Individually and on Behalf of All Others Similarly Situated, <br><br>                   Plaintiff, <br><br> v. <br><br> AMERICAN GREETINGS CORPORATION and AG INTERACTIVE, INC. <br><br>                 Defendants. | Case No.: 2:15-cv-01656-MCA-JBC <br><br><br> **NOTICE OF DISMISSAL** <br> **PER FRCP 41(a)(1)(A)** |

PLEASE TAKE NOTICE that Plaintiff, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice and without costs.

| | |
|---|---|
| Lauri A. Mazzuchetti <br> Nainesh Ramjee <br> KELLEY DRYE & WARREN LLP <br> One Jefferson Road, 2nd Floor <br> Parsippany, NJ 07054 <br> *Attorneys for Defendants* | Stephen P. DeNittis <br> DeNITTIS OSEFCHEN, P.C. <br> 525 Route 73 North, Suite 410 <br> Marlton, New Jersey 08053 <br> *Attorneys for Plaintiff and the Class* |
| By: __*/s/ Nainesh Ramjee*__ | By: __*/s/ Stephen P. DeNittis*__ |

Dated: June 23, 2016

**DeNITTIS OSEFCHEN, P.C.**
Stephen P. DeNittis, Esq.
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951
sdenittis@denittislaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL ACKERMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>v.<br><br>AMERICAN GREETINGS CORPORATION and AG INTERACTIVE, INC.<br><br>                    Defendants. | Case No.: 2:15-cv-01656-MCA-JBC |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Notice of Dismissal and Certificate of Service were filed and served upon the following counsel via the court's ECF filing system:

Lauri A. Mazzuchetti
Nainesh Ramjee
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Phone: 973-503-5900
lmazzuchetti@kelleydrye.com
nramjee@kelleydrye.com

*Attorneys for Defendants*
*American Greetings Corporation and AG Interactive, Inc.*

DeNITTIS OSEFCHEN, P.C.
525 Route 73 North, Suite 410
Marlton, New Jersey 08053

*Attorneys for Plaintiff and the Class*

By: */s/ Stephen P. DeNittis*

Dated:  June 23, 2016